STATE OF NEW JERSEY v. HOWARD C. LEONARD, JR.

March 16, 1976. Petition for certification denied.

IN RE. IN-PROGRESS TRACE OF A WIRE COMMUNICATION TO BE MADE TO AND INTERCEPTED OVER TELEPHONE FACILITY NUMBER, ETC.,

March 16, 1976. Petition for certification granted. (See 138 *N. J. Super.* 404)

STATE OF NEW JERSEY IN THE INTEREST OF D.B.S.

March 16, 1976. Petition for certification denied. (See 137 *N. J. Super.* 371)

STATE OF NEW JERSEY v. GEORGE SOTTERIOU.

March 16, 1976. Petition for certification denied. (See 132 *N. J. Super.* 403)

SALVATORE PASSANANTE v. MILTON YORMARK.

March 16, 1976. Petition for certification denied. (See 138 *N. J. Super.* 233)